UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X
In re:

WALTER NEIRA,                                                             Case No. 13-46737

                                    Debtor.
------------------------------------------------------X

## DECLARATION OF MAILING

      The undersigned, being duly sworn, states:

      1. I am over eighteen years of age and am not a party to this action.

      2. On August 8, 2014 I served a copy of the Debtor's Second Amended Chapter 13 Plan to the persons or entities in the attached Mailing Matrix.

      I swear under penalty of perjury that the foregoing is true and accurate.


Dated: August 8, 2014
        Brooklyn, NY

                                                      */s/Martha J. de Jesus*
                                                      Martha J. de Jesus, Esq.
                                                      Ortiz & Ortiz, LLP
                                                      127 Livingston Street
                                                      Brooklyn, NY 11201

**MAILING MATRIX**

Aurora Loan Services
10350 Park Meadows Dr.
Ste. 500
Lone Tree, CO 80124

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Chase Bank
POB 15298
Wilmington, DE 19850

Citibank
POB 6500
Sioux Falls, SD 57117

Gmac Mortgage
POB 4622
Waterloo, IA 50704

Green Tree Servicing
332 Minnesota St
Ste. 610
Saint Paul, MN 55101

HSBC
POB 5253
Carol Stream, IL 60197

PennyMac Loan Services
27001 Agoura Rd
Ste. 350
Agoura Hills, CA 91301

Sears
POB 6241
Sioux Falls, SD 57117

Julia Campoverde
944 McDonald Ave.
Brooklyn, NY 11218

Western Union Financial
Service c/o Maidenbaum &
One Broadcast Plaza, Ste 218
Merrick, NY 11566

Ocwen Loan Servicing, LLC,
c/o Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504

PennyMac Loan Services, LLC
c/o STERN & EISENBERG, PC
485 A US HIGHWAY ROUTE 1
SOUTH, SUITE 110
ISELIN, NEW JERSEY 08830

Eric Smith, Chief Financial Officer
Deutsche Bank Trust Company
Americas, as Trustee for Residential
Accredit Loans, Inc.,
Mortgage Asset-Backed Pass-Through
Certificates, Series 2007-QA1
60 Wall Street
New York, NY 10005

Ronald M. Faris, Chief Executive
Officer
Ocwen Financial Corp.
2002 Summit Boulevard
Atlanta, GA 30319

Richard K. Davis, Chief Executive
Officer
U.S. Bank, N.A., as Trustee for
Home Equity Loan Trust 2007-HSA1
800 Nicollet Mall
Minneapolis, MN 55402

Green Tree Servicing LLC
7340 S. Kyrene Rd. T-120
Tempe, AZ 85283

Transfast Remittance
110 Wall St., 2nd Floor
New York, NY 10005

Marianne DeRosa, Esq.
Chapter 13 Trustee
115 Eileen Way, Suite 105
Syosset, NY 11791-5323