# WEINSTEIN, PINSON & RILEY, P.S.

2001 Western Avenue, Suite 400 ■ Seattle, Washington 98121 ■ Tel: (877) 332-3544 / (877) 833-6341 TTY ■ Fax: (206) 269-3493

Monday – Friday 7:30 am to 5:00 pm Pacific Time

November 21, 2014

Hon. Elizabeth S. Stong
United States Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Re: In re Walter Neira, Case No. 13-46737

Dear Judge Stong:

Weinstein, Pinson & Riley PS represents Nationstar Mortgage LLC in its capacity as servicer for US Bank National Association, Trustee for the Lehman XS Trust Mortgage Pass Through Certificates, Series 2007-15N ("Nationstar").  Nationstar is the holder of a claim secured by real property located at 59-30 60th Street, Maspeth, NY 11378.

Nationstar has reviewed the Third Amended Plan dated November 20, 2014 (Docket No. 54) and has discussed the terms of the plan with Debtor's counsel.  Nationstar has no objection to the treatment of its claim in the Third Amended Plan.

Please do not hesitate to contact the undersigned at 212-268-5540 or charlesj@w-legal.com with any questions or concerns.

Respectfully submitted,

/s/ Charles H. Jeanfreau

Charles H. Jeanfreau, Jr.
Counsel to Nationstar Mortgage LLC

cc:
Norma E. Ortiz, esq.
Ortiz & Ortiz LLP, counsel to Debtor

Marianne DeRosa, esq,
Standing Chapter 13 Trustee